THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Willie Alonzo Gary, Appellant.
 
 
 

Appeal From Laurens County
 James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-227
Submitted April 1, 2006  Filed April 25, 2006

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
John Benjamin Aplin, S.C. Dept. of Probation, Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  In April and May of 2003, Willie Gary pleaded guilty to assault and battery of a high and aggravated nature and criminal domestic violence of a high and aggravated nature.  Gary was sentenced to consecutive sentences of ten years in prison for each charge, suspended on time served and five years probation.  On March 2, 2004, the State served a probation violation citation on Gary, and on May 7, 2004, the State served a warrant on Gary, alleging that Gary had violated the terms of his probation.  During the probation hearing on May 17, 2004, Garys probation was revoked and consecutive terms of seven years of each his suspended sentence were imposed.  Gary appeals, arguing the evidence was not sufficient to establish that he violated his probation.  On appeal, counsel for Gary has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Gary filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.